**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TUBBY'S #14, LTD., et al,

        CASE NO.  04-70918

    Plaintiffs,

v.

        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

TUBBY'S SUB SHOPS, INC., et al,

    Defendants,
_____ /

**OPINION AND ORDER GRANTING DEFENDANTS' MOTION TO STRIKE A PORTION OF PLAINTIFFS' AMENDED RESPONSE TO DEFENDANTS' MOTION FOR REHEARING (DOCK. NO. 112)**

    Now before the Court is Defendants' Amended Motion for to Strike a Portion of Plaintiffs' Amended Response to Defendants' Motion for Reconsideration.

    Plaintiffs argue that the Individual Defendants should remain under a "piercing the corporate veil" theory.  The Court finds that Plaintiffs are attempting to raise an argument that they failed to address in their own Motion for Reconsideration.  Additionally, the challenged portion of Plaintiffs' Amended Response does address any part of Defendants' Motion for Reconsideration.

    Accordingly, the Court GRANTS Defendants' Motion to Strike a Portion of Plaintiffs' Amended Response to Defendants' Motion for Reconsideration.  The Court hereby strikes the second paragraph under the section "8. Releases," beginning on page four of Plaintiffs' Response, through the end of Plaintiffs' Response.

    **SO ORDERED**.

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated:  February 1, 2007

1

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 1, 2007.

                                          s/Denise Goodine  
                                          Case Manager